**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JP MORGAN CHASE BANK N/A      :    No. 709 MAL 2015
SUCCESSOR BY MERGER CHASE   :
HOME FINANCE LLC,             :
                                 :    Petition for Allowance of Appeal from
           Respondent      :    the Order of the Superior Court
                                 :
                                 :
           v.                   :
                                 :
                                 :
ERIC LESTER LEINBACH,         :
                                 :
           Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Mr. Justice Eakin did not participate in the consideration or decision of this matter.